IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COSTAR GROUP, INC. and COSTAR REALTY INFORMATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> COLTON G. CHASTINE, <br><br> Defendant. | Case No. 22-cv-501 |

## NOTICE OF DISMISSAL

Plaintiffs CoStar Group, Inc. and CoStar Realty Information, Inc. filed this action on February 25, 2022 asserting one claim for breach of contract. Defendant Colton G. Chastine has not filed an answer nor a motion for summary judgment. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs, by their counsel, hereby dismiss this action without prejudice.

Dated: June 2, 2022

/s/ *Sarah M. Gragert*
Sarah M. Gragert (DC Bar No. 977907)
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004
(202) 637-2200
sarah.gragert@lw.com

Matthew W. Walch (*pro hac vice*)
Linda Qiu (*pro hac vice*)
LATHAM & WATKINS LLP
330 N. Wabash Ave, Suite 2800
Chicago, IL 60611
(312) 876-7700
matthew.walch@lw.com
linda.qiu@lw.com

*Attorneys for Plaintiffs CoStar Group, Inc.*
*and CoStar Realty Information, Inc.*